| | |
|---|---|
| 1 | SCOTT J. SAGARIA (CA # 217981) |
|   | SJSagaria@sagarialaw.com |
| 2 | ELLIOT W. GALE (CA # 263326) |
|   | Egale@sagarialaw.com |
| 3 | **SAGARIA LAW, P.C.** |
|   | 333 West San Carlos Street, Suite 1750 |
| 4 | San Jose, CA 95110 |
|   | 408-279-2288 ph |
| 5 | 408-279-2299 fax |
| 6 | Attorneys for Plaintiff |
| 7 | Scott J. Hyman (CA # 148709) |
|   | sjhyman@severson.com |
| 8 | KALAMA M. LUI-KWAN (CA # 242121) |
|   | kml@severson.com |
| 9 | ALISA A. GIVENTAL (CA # 273551) |
|   | aag.severson.com |
| 10 | **SEVERSON & WERSON, P.C.** |
|    | One Embarcadero Center, Suite 2600 |
| 11 | San Francisco, CA 94111 |
|    | Telephone: 415-398-3344; Facsimile: 415-956-0439 |
| 12 | Attorneys for Defendant Wells Fargo Bank, N.A. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STACY, | Case No.: 5:12-cv-03934-EJD |
| Plaintiff, | STIPULATED REQUEST FOR DISMISSAL |
| v. | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive, | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff respectfully requests that the above captioned matter be dismissed with prejudice. Each party shall bear its own fees and costs.

STIPULATED REQUEST FOR DISMISSAL - 1

|   |   |
|---|---|
|   | **Sagaria Law, P.C.** |
| Dated: November 27, 2012 | /s/ Elliot Gale |
|   | Scott Sagaria, Esq.<br>Elliot Gale, Esq.<br>Attorneys for Plaintiff |
|   | **Severson & Werson, P.C.** |
| Dated: November 27, 2012 | /s/ Alisa Givental |
|   | Scott Hyman, Esq.<br>Kalama Lui-Kwan, Esq.<br>Alisa A. Givental, Esq. |

## [PROPOSED] ORDER

IT IS SO ORDERED.
The Clerk shall close this file.

DATED: 11/28/2012

_____

UNITED STATES DISTRICT JUDGE